Gov't. filed in open court on (RPG)

(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-209M |
| ) | |
| ROBERT S. BUCKLEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    - [X] Crime of violence (18 U.S.C. § 3156)
    - [ ] Maximum sentence life imprisonment or death
    - [ ] 10+ year drug offense
    - [ ] Felony, with two prior convictions in above categories
    - [X] Minor victim
    - [ ] Possession/ use of firearm, destructive device or other dangerous weapon
    - [ ] Failure to register under 18 U.S.C. § 2250
    - [X] Serious risk defendant will flee
    - [ ] Serious risk obstruction of justice

FILED

OCT 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant committed ~~10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or~~ a specified offense ( 2255A(g)(2) ) with minor victim

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    _____ 1. At the time the offense was committed the defendant was:

    _____ (a) on release pending trial for a felony;

    _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    _____ (c) on probation or parole for an offense.

    _____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    _____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this 26th day of October, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                          By: _____
                                              Edmond Falgowski
                                              Assistant United States Attorney



cc: DEPT. ____
    ATTY. ____
    USA ____
    USM ____
    PROB ____
    JUDGE ____
    ALL OF ABOVE ____