AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Robert S. Buckley,

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-209M

I, Robert S. Buckley, charged in a (complaint) (petition) pending in this District with Knowingly Receiving + possessing child pornography in violation of Title 18, U.S.C., 2252A,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

FILED
OCT 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



_Defendant_

10/31/07
_Date_

Eleni Kousoulis
_Counsel for Defendant_